UNITED STATES DISTRICT COURT
SOUTHERN DISTR CT OF NEW YORK
- - - - - - - . - - - - - - - - - x

PEARSON EDUCATION, INC.,                :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND               :
THE MCGRAW-HILL COMPANIES, INC.,
                                        :
            Plaintiffs,
                                        :
            -against-                        09 Civ. 5742 (SAS)
                                        :
MOHIT ARORA D/B/A
BESTECONOMYBOOKS AND                    :
JOHN DOE NOS. 1-5,
                                        :
            Defendants.
                                        :
- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/09

                ORDER ADJOURNING THE INITIAL PRETRIAL
                            CONFERENCE

            Upon the request of plaintiffs Pearson Education,

inc., John Wiley & Sons, Inc., Cengage Learning Inc., and The

McGraw-Hill Companies, Inc. it is hereby

            ORDERED that the initial pretrial conference

scheduled for September 15, 2009 at 4:30 p.m. is adjourned

until October 29, 2009 at 4:30 p.m.

Dated:  New York, New York
        September 14, 2009

                                    U.S.D.J.

DUNNEGAN LLC

ATTORNEYS AT LAW
350 FIFTH AVENUE
NEW YORK, NEW YORK 10118

212-332-8300
212-332-8301 TELECOPIER

September 14, 2009

By Telecopy

Hon. Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan                          Sep - 2009
  United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

Re: Pearson Education, Inc., et al. v. Arora
              09 Civ. 5742 (SAS)

Dear Judge Scheindlin:

       We are attorneys for plaintiffs in the above
action filed June 23, 2009.

       Plaintiffs respectfully request an adjournment of
the pretrial conference scheduled for September 15, 2009 at
4:30 p.m. The reason for this request is that we are
attempting personal service on the defendant. Our service
attempts were unsuccessful because the defendant moved. We
have identified a new address for defendant and we are
currently attempting service.

       There has been one prior adjournment of the
initial pretrial conference due to the lack of service of
the defendant. A proposed order is annexed.

                              Respectfully yours,

                              Laura Scileppi